# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| JACQUELINE GULLETTE,<br><br>    Plaintiff,<br><br>v.<br><br>ORKIN, INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>3:04 CV-1121-T<br>     (WO) |

## JUDGMENT

This cause having come before the Court on the Joint Stipulation of Dismissal (Doc. No. 15) filed by plaintiff and Orkin, and the Court having considered same, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that all claims asserted in this action against all defendants are hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid.

DONE, this the 12th day of September, 2005.


　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE